IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOZAY ROYAL, | : | CIVIL ACTION |
| | : | NO. 08-3853 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH of PENNSYLVANIA, | : | |
| | : | |
| Respondent. | : | |

**O R D E R**

**AND NOW**, this **9th** day of **February 2009**, upon consideration of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (doc. no. 14), it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;[1]

2. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, (doc. no. 1) is **DISMISSED**.

**AND IT IS SO ORDERED.**

                            S/Eduardo C. Robreno
                            **EDUARDO C. ROBRENO, J.**

---

[1] No objections to the Report and Recommendation were filed by either party. In Petitioner's reply to the Commonwealth's response to his habeas petition (doc. no. 13), Petitioner admitted that he failed to exhaust remedies at the state court level. Petitioner requested that the Court withdraw his Petition as premature, so as to allow Petitioner to exhaust his remedies at the state court level.